UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS DAVID FAVRO,<br><br>                Plaintiff,<br><br>    v.<br><br>WHATCOM COUNTY JAIL,<br><br>                Defendant. | CASE NO. 2:21-CV-339-RSL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: August 13, 2021 |

       The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Nicholas David Favro, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on March 11, 2021. *See* Dkt. 1. As Plaintiff has failed to file an amended complaint and failed to keep the Court advised of his current address, the Court recommends dismissing this action without prejudice.

       The relevant procedural history shows that, on April 26, 2021, the Court screened Plaintiff's Complaint and found it was deficient ("Order"). Dkt. 6. The Court ordered Plaintiff to correct the deficiencies of the Complaint on or before June 4, 2021. *Id*. In the Order, the Court

warned Plaintiff that failure to file an amended complaint or otherwise respond to the Order would result in the Court recommending dismissal of this action. *Id*. at 5.

On that same date, April 26, 2021, the Clerk of Court mailed Plaintiff the Order and an Order Granting Application to Proceed *In Forma Pauperis*. *See* Dkt. 4, 6. The Orders were returned as undeliverable on May 5, 2021. Dkt. 7. The Clerk of Court attempted to re-send the Orders to an address for Plaintiff found via an inmate search of the Washington Department of Corrections website. *See id*. The Orders were not returned.

On June 8, 2021, the Court directed Plaintiff to notify the Court of his current mailing address on or before July 9, 2021. Dkt. 8. The Court warned Plaintiff that failure to file an amended complaint and notify the Court of his updated address by the deadline would result in a recommendation of dismissal. *Id*.

Plaintiff has not responded to the Court's Orders. In fact, Plaintiff has not filed any documents with the Court since April 7, 2021. He has not filed an amended complaint, which was due on June 4, 2021, correcting the deficiencies contained within the Complaint. He has also not provided the Court with his current address. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order, failure to provide a servable complaint, and failure to prosecute.

As Plaintiff failed to state a claim upon which relief could be granted, the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time

1 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August

2 13, 2021, as noted in the caption.

3     Dated this 27th day of July, 2021.

<br>

                                                   /s/ David W. Christel

                                                   David W. Christel
                                                   United States Magistrate Judge