UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS DAVID FAVRO,

                Plaintiff,

  v.

WHATCOM COUNTY JAIL,

                Defendant.

No. 2:21-CV-339-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's claims are dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. David W. Christel.

**DATED** this 3rd day of September, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1